**EX PARTE STATE DEP'T OF HUMAN RES.**

(In re: State Dep't of Human Res.

v.

The Adoption Petition of M.T.O. and S.P.O.)

2140363

Court of Civil Appeals of Alabama.

03/05/2015

Mand. pet. dismissed

Lisa R. ATWELL

v.

Ronald H. ATWELL

2140364

Court of Civil Appeals of Alabama.

02/19/2015

Dismissed

Ashley Nicole PRATER

v.

Coleby Lane PRATER

2140368

Court of Civil Appeals of Alabama.

03/18/2015

Dismissed

**EX PARTE Brandon D. DAILEY**

(In re: Brandon D. Dailey

v.

Arielle A. Dailey)

2140387

Court of Civil Appeals of Alabama.

03/04/2015

Mand. pet. dismissed

**EX PARTE James LARRY**

(In re: James Larry

v.

Judge Robert M. Baker)

2140390

Court of Civil Appeals of Alabama.

02/18/2015

Transferred to Limestone Cir. Ct. for lack of subject-matter jurisdiction